# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BRAWLY,** ) | |
| ) | |
| Plaintiff, ) | |
| **vs.** ) | |
| ) | Civil Action Number |
| **SHOALS HOSPITAL, et al.,** ) | **3:12-cv-2713-JEO** |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM OPINION AND ORDER

On January 8, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that Defendant CIGNA, otherwise known as Connecticut Health and Life Insurance Company of North America's, motion to dismiss be **GRANTED**. Accordingly this action is **DISMISSED** against Defendant CIGNA. This action shall proceed against the remaining defendant, Shoals Hospital.

**DONE** the 8th day of February, 2013.

 

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE